# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16CR106 RLW |
| ) | |
| JAMES BOWEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Motion for Leave to Withdraw and the sealed Amended Motion for Leave to Withdraw as counsel for Defendant James Bowen. (ECF Nos. 73, 75) In the motions, counsel for Defendant, Assistant Federal Public Defender Brocca Morrison of the Federal Public Defender's Office for the Eastern District of Missouri, asserts she is unable to represent Defendant on his motion for compassionate release due to a conflict of interest. The amended motion states the Federal Public Defender for the Southern District of Illinois has agreed to accept the case if the Court finds it appropriate. Upon review of the motions, the Court finds withdrawal of Brocca Morrison as counsel for Defendant is appropriate, and the Court will appoint the Federal Public Defender of the Southern District of Illinois to represent Defendant.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Leave to Withdraw and the sealed Amended Motion for Leave to Withdraw as counsel for Defendant James Bowen by Assistant Public Defender Brocca Morrison (ECF Nos. 73, 75) are **GRANTED.**

**IT IS FURTHER ORDERED** that the Federal Public Defender for the Southern District of Illinois is appointed as counsel for Defendant James Bowen on his motion for compassionate release.

Dated this 5th day of May, 2020.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**