UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 16-CR-00106-RLW-1 |
| | ) | |
| JAMES BOWEN, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW, Ethan Skaggs, Assistant Federal Public Defender for the Southern District of Illinois, and enters his appearance as counsel of record for Defendant, James Bowen, in the above-referenced matter.

Respectfully submitted,

*/s/ Ethan Skaggs*
ETHAN SKAGGS
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT
JAMES BOWEN

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon:

Colleen C. Lang
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Joshua Michael Jones
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Tiffany G. Becker
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

via electronic filing with the Clerk of the Court using the CM/ECF system this 24th day of July, 2020.

*/s/ Ethan Skaggs*
ETHAN SKAGGS