

30515-112
Gabriel Gonzalez
PO BOX 9000:Low
Federalcorrectonalcomplex
Forrest CITY, AR 72336
United States

FEDERAL CORRECTIONAL INSTITUTION MEDIUM
DATE 1-4-21
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

UNITED STATES DISTRICT COURT
111 S. 10TH STREET SUITE 3-300
ST. LOUIS, MISSOURI 63102

RECEIVED
JAN 22 2021
BY MAIL